IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL J. DEICHMANN and <br> TERRY L. DEICHMANN, <br><br> Plaintiffs, <br><br> vs. <br><br> WAVEWARE, LTD. and QVC, Inc., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-cv-0831-MJR <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM and ORDER

REAGAN, District Judge:

For the reasons stated on the record on May 8, 2007, the Court **GRANTS IN PART** and **DENIES IN PART** Defendants' oral Rule 50 motion at the close of Plaintiffs' case. Specifically, as to each count of the amended complaint (Doc. 17) which remained for trial, the Court rules as follows on Defendants' motion:

> Count 1 (negligence against Waveware Ltd.):
> Denied as to allegations in ¶ 16(a), (c), (d) & (e).
> Granted as to allegations in ¶ 16(b).
>
> Count 2 (strict liability against Waveware Ltd.):
> Granted as to any manufacturing defect or design defect.
> Denied as to failure to warn.
>
> Count 3 (breach of express warranty against Waveware Ltd.):
> Taken under advisement.
>
> Count 4 (breach of implied warranty against Waveware Ltd.):
> Granted.
>
> Count 5 (loss of consortium claim against Waveware Ltd.):
> Denied (derivative of negligence claim which survives Rule 50).

<u>Count 11</u> (negligence against QVC):
    Denied.

<u>Count 13</u> (breach of express warranty against QVC):
    Granted.

<u>Count 14</u> (breach of implied warranty against QVC):
    Granted.

<u>Count 15</u> (loss of consortium claim against QVC):
    Denied (derivative of negligence claim which survives Rule 50).

IT IS SO ORDERED.

DATED this 8th day of May 2007.

                                          <u>s/ Michael J. Reagan</u>
                                          Michael J. Reagan
                                          United States District Judge